UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ALEXANDER THOMAS, : CIVIL ACTION NO. 3:CV-10-2406
: 
    Petitioner : (Judge Nealon)
:
v. :
:
JON FISHER, et al., :
:
    Respondents :

## ORDER

NOW, THIS 26th DAY OF JANUARY, 2012, in accordance with the Memorandum dated this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's unopposed motion (Doc. 28) requesting that disposition of his pending habeas corpus petition be stayed is **GRANTED**.

2. Adjudication of Thomas' federal habeas corpus action is **STAYED**.

3. Petitioner's motion to file an amended petition (Doc. 15) is **DISMISSED WITHOUT PREJUDICE**.

4. Within thirty (30) days of the termination of his state court proceedings, Petitioner is directed to file a written status report with the Court detailing the conclusion of his state court exhaustion efforts and including a copy of the Pennsylvania Superior and/or Supreme Court's disposition.

5. For administrative purposes only, the Clerk of Court is directed to mark this matter **CLOSED**.

_/s/ William J. Nealon_
**United States District Judge**

FILED
SCRANTON

JAN 2 6 2012

Per_____
    DEPUTY CLERK